**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 0 9 2011

GREGORY C. LANGHAM
CLERK

Civil Action No. _11 - C V - 0 0 9 9 8 - B N B_
(To be supplied by the court)


_Ben Davis_ , Plaintiff,

v.


_The Geo Group_ ,

_Hudson Corr Facility Medical Dept_

_PA David Gross_ ,

_Health Administrator Tami Anding_

_____ ,

_____ ,

_____ ,

_____ , Defendant(s).

(List each named defendant on a separate line.)

_____

**PRISONER COMPLAINT**

_____


(Rev. 1/30/07)

**A. PARTIES**

1. _Ben DAVIS #152106  3001 N. Juniper St_
   (Plaintiff's name, prisoner identification number, and complete mailing address)
   _Hudson, Co  80642_

2. _The Geo Group  Bocca Raton Fla_
   (Name, title, and address of first defendant)

   At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? _x_ Yes ___ No  (CHECK ONE).  Briefly explain your answer:

   _They are the owners of Hudson Corr Facility Hudson, Co and is responsable for everything that goes on there_

3. _PA David Cross 3001 N. Juniper Street_
   (Name, title, and address of second defendant)
   _Hudson, Co  80642_

   At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? _x_ Yes ___ No  (CHECK ONE).  Briefly explain your answer:

   _He is the attending PA over the Medical Dept and is responsable for all the inmates health care_

4. _Tami Anding Health Administrator 3001 N. Juniper Street_
   (Name, title, and address of third defendant)
   _Hudson, Co  80642_

   At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? _x_ Yes ___ No  (CHECK ONE).  Briefly explain your answer:

   _She is responsable for the whole Medical Dept and its employees_

(If you are suing more than three defendants, use extra paper to provide the information requested above for each additional defendant.  The information about additional defendants should be labeled "A. PARTIES.")

(Rev. 1/30/07)                    2

**B. JURISDICTION**

1. I assert jurisdiction over my civil rights claim(s) pursuant to:  (check one if applicable)

    ✓   28 U.S.C. § 1343 and 42 U.S.C. § 1983 (state prisoners)

    ____   28 U.S.C. § 1331 and *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) (federal prisoners)

2. I assert jurisdiction pursuant to the following additional or alternative statutes (if any):

    _____

    _____

**C. NATURE OF THE CASE**

**BRIEFLY** state the background of your case.  If more space is needed to describe the nature of the case, use extra paper to complete this section.  The additional allegations regarding the nature of the case should be labeled "C. NATURE OF THE CASE."

On 2/4/11 the petitioner stood by his door of his cell for 3½ hs waiting for the Corr. officer to come threw making her rounds after waiting officer Northrup came threw and petitioner told her that he was having severe chest pains and that he lost his bottle of Nitroglycerin that he needed to go to medical. She said make sick call in the morning so I layed in bed sweating, vomiting, and having chest pains all night long she never got me to medical and never called an ambulance for me nor was I ever taken to the hospital. Petitioner alleges that a prisoner Grievance was filed and subsequently decided in petitioners favor, providing for more routine check-up during sick call. This is a deliberate indifference, the petitioner can show delay in medical care only Constitutes an Eighth Amendment violation the delay could have resulted in a heart attack or even death. There was a Deliberate Indifference when Officer Northrup wouldnt send the petitioner to the hospital.

### D. CAUSE OF ACTION

State concisely every claim that you wish to assert in this action. For each claim, specify the right that allegedly has been violated and state all supporting facts that you consider important, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific cases to support your claim(s). If additional space is needed to describe any claim or to assert more than three claims, use extra paper to continue that claim or to assert the additional claim(s). The additional pages regarding the cause of action should be labeled "D. CAUSE OF ACTION."

1. Claim One: _Equal Protection Clause Eighth Amendment Violation_

Supporting Facts: On 2/4/11 Petitioner was awaken with severe chest pains and was taken to medical where I was seen by the PA Bross who checked my vital signs and did no EKG and did not send me to the hospital. The next night I stood by my cell door waiting for a corr officer to come by because I was having chest pains again and I told Officer Northrup that I lost my bottle of Nitroglycerin to take me to medical after waiting 3½ hrs to see a corr officer and Northrup said go back to bed and make sick call in the morning. A Deliberate Indifference occured when the corr officers and the PA wouldn't send me to the hospital. This is a clear case of the Equal Protection clause of the Eighth Amendment to the United States Constitution. My health is at serious risk by not taking me to medical when I have chest pains and having to wait 3½ hrs to see someone for help is crazy.

2. **Claim Two:** _Cruel and Unusual Punishment Fourteenth Amendment Violation_

**Supporting Facts:**

On 2/4/11 Petitioner was subjected to cruel and unusual punishment when the staff refused to get him to medical when petitioner was having sever chest pains and had to wait 3½ hrs before someone came to his aid and get him to medical and I am told go back to bed and make sick call in the morning or dont die on my shift its to much paper work for me to do, Tami Andings I could be dead within those 3½ hrs waiting on staff to show up at my door, and their is no call button in my cell to call anyone for help or in case of an emergency.

3.   Claim Three: _____

   Supporting Facts:

## E. PREVIOUS LAWSUITS

Have you ever filed a lawsuit, other than this lawsuit, in any federal or state court while you were incarcerated? ___ Yes ___ No  (CHECK ONE).  If your answer is "Yes," complete this section of the form.  If you have filed more than one lawsuit in the past, use extra paper to provide the necessary information for each additional lawsuit.  The information about additional lawsuits should be labeled "E. PREVIOUS LAWSUITS."

1. Name(s) of defendant(s) in prior lawsuit:  _None_

2. Docket number and court name:  _None_

3. Claims raised in prior lawsuit:  _None_

4. Disposition of prior lawsuit (for example, is the prior lawsuit still pending? Was it dismissed?):  _None_

5. If the prior lawsuit was dismissed, when was it dismissed and why?  _None_

6. Result(s) of any appeal in the prior lawsuit:  _None_

## F. ADMINISTRATIVE RELIEF

1. Is there a formal grievance procedure at the institution in which you are confined?

   ✓ Yes ___ No  (CHECK ONE).

2. Did you exhaust available administrative remedies?  ✓ Yes ___ No (CHECK ONE).

(Rev. 1/30/07)                    7

## G. REQUEST FOR RELIEF

State the relief you are requesting.  If you need more space to complete this section, use extra paper.  The additional requests for relief should be labeled "G. REQUEST FOR RELIEF."

1. To be awarded 5.2 Million dollars in punitive relief
2. To be awarded $750,000 compensitory damages
3. To be awarded $750,000 injuntive relief
4. A jury trial is demanded

## DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct.  *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed on ____5/6/11____
(Date)

____Ben Davis____
(Prisoner's Original Signature)

(Rev. 1/30/07)                         8

**STATE OF ALASKA**                          **DEPARTMENT OF CORRECTIONS**

## PRISONER GRIEVANCE
### PART ONE

| PRINT NAME | INSTITUTION/MODULE | Offender # | FSO LOG # | DIO LOG # |
|---|---|---|---|---|
| Ben Davis | HCF/ SHU 129 | 152106 | 241 | CACH241 |

| INCIDENT DATE 4-9-11 | TODAY'S DATE 4-10-11 |
|---|---|

| BEFORE YOU COMPLETE THIS FORM: | CIRCLE | If you said "NO" |
|---|---|---|
| 1. Is this about an incident that is other than a disciplinary action or classification decision? | Yes  (No) | to any of these questions, the |
| 2. Did you first talk to the appropriate person to informally solve the incident? | (Yes)  No | grievance may be |
| 3. Did you file a Request for Interview Form (cop-out) on this incident **and** receive a response? | Yes  (No) | screened and returned. |

**INSTRUCTIONS:**
1. Limit this grievance to ONE incident.
2. Attach the completed Request for Interview Form copy OR describe HOW you attempted to solve it informally:
   - a. WHO did you talk to?
   - b. WHEN did you talk with him/her?
   - c. WHAT were you told?
3. Attach up to two additional pages of narrative to describe the incident.

**AFFIRMATION and SIGNATURE:**
1. I affirm that this grievance is filed within 30 days of the incident or my knowledge of the incident.
2. I affirm the following statements are true and accurate and that I may be disciplined for providing false information pursuant to 22 AAC 05.400.

PRISONER'S SIGNATURE: _Ben Davis_

4:30 pm I notified Co Northrup and told her to call medical that I lost my bottle of Nitroglycerin to have them bring me over another bottle. Its now 9:00 pm and she still hasnt call medical. what do I have to do to get something done right around here. She said make such call in the morning and I had chest pain all night long.

**I REQUEST THE FOLLOWING RELIEF** (State the outcome you are seeking):

To have Co Northrup suspended.

I acknowledge receipt of this grievance and have issued the log number above for reference. Please refer to assigned log number with any inquiries about this grievance.

| DATE RECEIVED: 4/11/11 | STANDARDS OFFICER'S SIGNATURE: | |
|---|---|---|

Page 1 of 2

_Exhibit C_

## Prisoner Grievance

### Part Two:

**Inmate Name:** Davis, Ben
**Offender Number:** 152106

Investigator's Findings and Recommendations:

Grievance Number CHC11-241 dated 4-10-2011 has been received for investigation by SIS. In your grievance you stated that you were asking an officer for help and they didn't help you.

For relief you requested "staff receive reprimand.

An investigation will be done by SIS into your allegations. However I must remind you that you are an offender and the results of the investigation will be kept confidential due to the fact that it is against a staff member. Grievance Resolved.

_____          _____4/25/2011_____
Terry Anding; SIS                                    Date

*Exhibit D*

Declaration under Penalty of Perjury

I declare under penalty of perjury that the information in the Complaint and in this Motion and affidavit is true and correct to the best of my Knowledge. See 28 USC 1746; 18 USC 1621

Executed on 3/6/11

Respectfully Submitted

/s/ Ben Davis

Ben Davis Pro Se

2

IN THE UNITED STATES District Court
For The District of Colorado

Civil Action NO 11-CV-00998-BNB

United States District Court
c/o Clerks Office
901 19th Street
Denver, Co 80294

Certificate of Mailing
Certificate of Service

I hereby certify that I have mailed a copy
of the Complaint and Sworn Affidavit
to the clerk of the Court and a copy
to the defendants

Reputfully Submitted

1s/  Ben Davis

dated 5/6/11