FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 2 6 2011

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00998-BNB

BEN DAVIS,

    Plaintiff,

v.

THE GEO GROUP,
HUDSON CORR FACILITY MEDICAL DEPT,
PA DAVID GROSS, and
HEALTH ADMINISTRATOR TAMI ANDING,

    Defendants.

## ORDER OF DISMISSAL

Plaintiff, Ben Davis, is a prisoner in the custody of the Colorado Department of Corrections who currently is incarcerated at the Hudson Correctional Center in Hudson, Colorado. He initiated this action by filing a prisoner complaint in the United States District Court for the District of Alaska. The District of Alaska determined that the action properly was filed in the United States District Court for the District of Colorado and entered an order that transferred the action to this Court on April 14, 2011.

In an order filed on April 19, 2011, Magistrate Judge Boyd N. Boland ordered Mr. Davis to cure certain enumerated deficiencies within thirty days. Specifically, Mr. Davis was directed to submit a Prisoner Complaint on the court-approved form. Mr. Davis was also directed to submit a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in addition to a certified copy of his prisoner's trust fund statement for the 6-month period immediately preceding the filing. The April 19 order warned Mr. Davis

that if he failed to cure the designated deficiencies within the time allowed, the action would be dismissed without further notice.

On May 9, 2011, Mr. Davis filed an Amended Prisoner Complaint. He also filed a "Motion and Affidavit for Leave to Proceed Pursuant to 28 USC 1915" and a copy of his inmate account statement. However, the Motion and Affidavit is not on the Court-approved form and the inmate account statement is not certified by the appropriate official at Mr. Davis' facility. Mr. Davis has now failed to file a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 on the court-approved form and a certified copy of his inmate trust fund statement as directed by the April 19 Order. Therefore, Mr. Davis has failed within the time allowed to cure the designated deficiencies. Accordingly, it is

ORDERED that the action is dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for the failure of Plaintiff, Ben Davis, to comply with the order to cure dated April 19, 2011. It is

FURTHER ORDERED that all pending motions are denied as moot.

DATED at Denver, Colorado, this 26th day of May, 2011.

BY THE COURT:

s/Lewis T. Babcock
LEWIS T. BABCOCK
Senior Judge, United States District Court

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-00998-BNB

Ben Davis
Prisoner No. 152106
Hudson Corr. Center
3001 N. Juniper St.
Hudson, CO 80642

    I hereby certify that I have mailed a copy of the **ORDER and JUDGMENT** to the above-named individuals on May 26, 2011.

                       GREGORY C. LANGHAM, CLERK

                       By: _____
                                Deputy Clerk